[Cite as *State ex rel. Morrison v. Bradshaw*, 2016-Ohio-2789.]

COURT OF APPEALS
RICHLAND COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE ex rel. | : | JUDGES: |
| JAMES F. MORRISON | | |
| | : | Hon. John W. Wise, P.J. |
| Relator | : | Hon., Patricia A. Delaney, J. |
| | : | Hon., Craig R. Baldwin, J. |
| -vs- | : | |
| | : | |
| MARGARET BRADSHAW, WARDEN | : | Case No. 15CA50 |
| RICHLAND CORRECTIONAL INST. | : | |
| | : | |
| Respondent | : | O P I N I O N |


CHARACTER OF PROCEEDING:        PETITION FOR
                                WRIT OF MANDAMUS


JUDGMENT:                        DISMISSED


DATE OF JUDGMENT:                April 28, 2016


APPEARANCES:

For Respondent                   For Relator

William D. Maynard (0037260)      James F. Morrison, Pro Se
Assistant Attorney General        Ohio Inmate I.D. No. A667172
Criminal Justice Section          Richland Correctional Institution
Corrections Unit                  1001 Olivesburg Road
150 East Gay Street, 16th Floor   P.O. Box 8107
Columbus, OH  43215               Mansfield, OH  44901-8107

*Delaney, J.*

{¶1}    Relator has filed a Petition for writ of mandamus requesting this court issue a writ compelling the Respondent to comply with Ohio Administrative rule 5120-9-24 and in the alternative, to provide Relator with certain public records.  Respondent has filed a motion to dismiss alleging Relator has failed to meet the technical requirements for filing a writ of mandamus.  Respondent also argues the petition fails to state a claim upon which relief may be granted because Relator has or had an adequate remedy at law which would preclude the issuance of the writ.

{¶2}    Relator has failed to comply with R.C. 2969.25(A), which provides that an inmate commencing a civil action against a government entity or employee must file an affidavit that contains a description of each civil action or appeal of a civil action filed in the previous five years in any state or federal court. *State ex rel. McGrath v. McDonnell,* 126 Ohio St.3d 511, 2010–Ohio–4726, 935 N.E.2d 830.

{¶3}    Further, Relator has failed to comply with R.C. 2969.25(C)(1), which mandates that he file a statement setting forth his inmate account balance "for each of the preceding six months, as certified by the institutional cashier." *State ex rel. Jackson v. Calabrese,* 143 Ohio St.3d 409, 2015–Ohio–2918, 38 N.E.3d 880; *State ex rel. Castro v. Corrigan,* 129 Ohio St.3d 342, 2011–Ohio–4059, 952 N.E.2d 497.

{¶4}    " 'The requirements of R.C. 2969.25 are mandatory, and failure to comply with them subjects an inmate's action to dismissal.' " *Boles v. Knab,* 129 Ohio St.3d 222, 2011-Ohio-2859, 951 N.E.2d 389, ¶ 1, quoting *State ex rel. White v. Bechtel,* 99 Ohio St.3d 11, 2003-Ohio-2262, 788 N.E.2d 634, ¶ 5; *State ex rel. McGrath v. McDonnell,* 126 Ohio St.3d 511, 2010-Ohio-4726, 935 N.E.2d 830, ¶ 1.

{¶5}    Because Relator has failed to comply with R.C. 2969.25, we grant the motion to dismiss.  Having determined the petition is procedurally defective, we need not address the remaining issues raised in the motion to dismiss.

By Delaney, J.

Wise, P.J. and

Baldwin, J. concur.